**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Britt Michael GRESHAM,**
**Defendant-Appellant.**

No. 16-10818
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed February 20, 2017

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff-Appellee

Britt Michael Gresham, Pro Se

Before JOLLY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Britt Gresham has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Pesina–Rodriguez*, 825 F.3d 787, 788 (5th Cir. 2016). Gresham has filed a response. We have reviewed counsel's brief, Gresham's response, and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review.

Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2. Gresham's request for appointment of substitute counsel is DENIED. Gresham's motion for remand or tolling of the limitation period is DENIED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.